**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LUSSOW, JENNIFER M    § Case No. 14-27567
                             §
                             §
Debtor(s)                    §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 28, 2014. The undersigned trustee was appointed on July 28, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         5,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 16.38 |
   | Bank service fees | 30.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 4,953.62 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/25/2015 and the deadline for filing governmental claims was 02/25/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,250.00, for a total compensation of $1,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $7.92, for total expenses of $7.92.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/20/2015          By: /s/RICHARD M. FOGEL
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-27567  
**Case Name:** LUSSOW, JENNIFER M  

**Trustee:** (330720)  RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 07/28/14 (f)  
**§341(a) Meeting Date:** 09/16/14  

**Period Ending:** 04/20/15  
**Claims Bar Date:** 02/25/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 132 Warkworth Lane, Inverness<br>Imported from original petition Doc# 1  (See Footnote) | 221,296.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account #xxxxxx1301 Village Bank & Trus<br>Imported from Amended Doc#: 19  (See Footnote) | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Savings Account #xxxxxx1583 Village Bank & Trust<br>Imported from Amended Doc#: 19  (See Footnote) | 9,200.00 | 7,200.00 | | 0.00 | FA |
| 4 | Checking Account #xxxxxx1118 Village Bank and Tr<br>Imported from Amended Doc#: 19  (See Footnote) | 3,872.38 | 3,872.38 | | 0.00 | FA |
| 5 | Checking Account #xxxxxx1301 Village Bank & Trus<br>Imported from Amended Doc#: 21 | 721.71 | 0.00 | | 0.00 | FA |
| 6 | Savings Account #xxxxxx1583 Village Bank & Trust<br>Imported from Amended Doc#: 21 | 9,229.93 | 7,244.05 | | 5,000.00 | FA |
| 7 | Checking Account #xxxxxx1118 Village Bank and Tr<br>Imported from Amended Doc#: 21 | 1,292.41 | 0.00 | | 0.00 | FA |
| 8 | Residential Lease - Security deposit<br>Imported from Amended Doc#: 21  (See Footnote) | 1,900.00 | 0.00 | | 0.00 | FA |
| 9 | Security deposit Paul Lurio<br>Imported from Amended Doc#: 21  (See Footnote) | 1,300.00 | 0.00 | | 0.00 | FA |
| 10 | Couch, 2 Queen size beds, Dressers, Kitchen tabl<br>Imported from Amended Doc#: 21  (See Footnote) | 1,000.00 | 100.00 | | 0.00 | FA |
| 11 | Necessary wearing apparel Location: 323 W. Wilso<br>(u)<br>Imported from Amended Doc#: 21 | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Costume jewelry Location: 323 W. Wilson St., Pal<br>Imported from Amended Doc#: 21  (See Footnote) | 500.00 | 100.00 | | 0.00 | FA |
| 13 | Fidelity 401(k)<br>Imported from Amended Doc#: 21 | 67,892.20 | 0.00 | | 0.00 | FA |
| 14 | Wells Fargo Bank Roth IRA Acct # xxxx-7626 55 Sh<br>Imported from Amended Doc#: 21 | 4,245.49 | 0.00 | | 0.00 | FA |
| 15 | Morgan Stanley Roth IRA Acct # xxx-xxxxx8-255 10<br>Imported from Amended Doc#: 21 | 2,800.76 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-27567  
**Case Name:** LUSSOW, JENNIFER M

**Period Ending:** 04/20/15

**Trustee:** (330720)   RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 07/28/14 (f)  
**§341(a) Meeting Date:** 09/16/14  
**Claims Bar Date:** 02/25/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Child support arrearage<br>Imported from Amended Doc#: 21 | 1,375.00 | 0.00 | | 0.00 | FA |
| 17 | JM Lussow & WJ Lussow Jr.Co-TTEE Trust Account #<br>Imported from Amended Doc#: 21  (See Footnote) | 2,503.00 | 2,503.00 | | 0.00 | FA |
| 18 | Jennifer M. Lussow 2006 Trust U/T/A Dated Novemb<br>Imported from Amended Doc#: 21  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 2012 Nissan Rogue 25,000 miles Location: 323 W.<br>Imported from Amended Doc#: 21  (See Footnote) | 14,825.00 | 0.00 | | 0.00 | FA |
| 19 | **Assets   Totals** (Excluding unknown values) | **$346,453.88** | **$21,019.43** | | **$5,000.00** | **$0.00** |

RE PROP# 1     No equity.  
RE PROP# 2     Amended by Asset #5  
RE PROP# 3     Amended by Asset #6  
RE PROP# 4     Amended by Asset #7  
RE PROP# 8     Subject to setoff  
RE PROP# 9     Subject to setoff  
RE PROP# 10    Inconsequential value  
RE PROP# 12    Inconsequential value  
RE PROP# 17    Subject to litigation/inconsequential value  
RE PROP# 18    Trust owns no assets  
RE PROP# 19    No equity

**Major Activities Affecting Case Closing:**

TFR submitted for UST review on 03/03/15

**Initial Projected Date Of Final Report (TFR):**     June 30, 2015          **Current Projected Date Of Final Report (TFR):**     June 30, 2015

Printed: 04/20/2015 08:56 AM     V.13.23

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-27567  
**Case Name:** LUSSOW, JENNIFER M  

**Taxpayer ID #:** **-***2516  
**Period Ending:** 04/20/15

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6766 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/04/14 | {6} | JENNIFER M. LUSSOW | Remaining non-exempt funds | 1129-000 | 5,000.00 | | 5,000.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 02/11/15 | 101 | Arthur B. Levine Company | Surety bond premium #10BSBGR6291 | 2300-000 | | 16.38 | 4,963.62 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,953.62 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 5,000.00 | 46.38 | $4,953.62 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 5,000.00 | 46.38 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $5,000.00 | $46.38 | |

Net Receipts :       5,000.00  
─────────────  
Net Estate :       $5,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6766** | 5,000.00 | 46.38 | 4,953.62 |
| | $5,000.00 | $46.38 | $4,953.62 |

{} Asset reference(s)                                                                                                          Printed: 04/20/2015 08:56 AM    V.13.23

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 25, 2015

**Case Number:** 14-27567  
**Debtor Name:** LUSSOW, JENNIFER M

Page: 1

**Date:** April 20, 2015  
**Time:** 08:56:55 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A 200 | RICHARD M. FOGEL<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $1,250.00 | $0.00 | 1,250.00 |
| B 200 | RICHARD M. FOGEL<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $7.92 | $0.00 | 7.92 |
| NOTFILED 100 | Associated Mortgage<br>301 N Broadway<br>De Pere, WI 54115 | Secured | XXXXXX0611 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Nissan Motor Acceptance<br>PO Box 660360<br>Dallas, TX 75266 | Secured | XXXXXXXXXXX0001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Seterus Inc<br>14523 S.W. Millikan Way St<br>Beaverton, OR 97005 | Secured | XXX7026 | $0.00 | $0.00 | 0.00 |
| 1 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | XXXXXXXXXXXX3352 | $7,220.09 | $0.00 | 7,220.09 |
| 2 -2 610 | Inverness on the Ponds Townhome<br>Condominium Associ<br>c/o Kovitz Shifrin Nesbit<br>750 W. Lake Cook Rd., Suite 350,<br>Buffalo Grove, IL 60089 | Unsecured | XXXX XX 1354 | $17,500.19 | $0.00 | 17,500.19 |
| NOTFILED 610 | Capital One, N.A. Bankruptcy Dept<br>PO Box 5155<br>Norcross, GA 30091 | Unsecured | XXXXXXXXXXXX0505 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>201 N. Walnut St//De1-1027<br>Wilmington, DE 19801 | Unsecured | XXXXXXXXXXXX6861 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citibank N.A.<br>Attn: Centralized Bankruptcy<br>PO Box 20363<br>Kansas City, MO 64195 | Unsecured | XXXXXX2468 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Village Bank & Trust<br>3350 Bridge St N.W.<br>Saint Francis, MN 55070 | Unsecured | XXXXXXXX0001 | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 25,978.20 | 0.00 | 25,978.20 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                Exhibit D

Case No.: 14-27567
Case Name: LUSSOW, JENNIFER M
Trustee Name: RICHARD M. FOGEL

**Balance on hand:**              $        4,953.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $        0.00
Remaining balance:                         $        4,953.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,250.00 | 0.00 | 1,250.00 |
| Trustee, Expenses - RICHARD M. FOGEL | 7.92 | 0.00 | 7.92 |

Total to be paid for chapter 7 administration expenses:    $     1,257.92
Remaining balance:                                          $     3,695.70

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $        0.00
Remaining balance:                                              $     3,695.70

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $        0.00
Remaining balance:                       $     3,695.70

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 24,720.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,220.09 | 0.00 | 1,079.41 |
| 2 -2 | Inverness on the Ponds Townhome Condominium Associ | 17,500.19 | 0.00 | 2,616.29 |

Total to be paid for timely general unsecured claims:     $          3,695.70
Remaining balance:     $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:     $          0.00
Remaining balance:     $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $          0.00
Remaining balance:     $          0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**