UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-27567 |
| | ) | |
| JENNIFER M. LUSSOW, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on May 19, 2015 in Courtroom 613**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  April 21, 2015_____          By:  /s/ Richard M. Fogel_____
                                                                                                                           Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 4}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: LUSSOW, JENNIFER M                    § Case No. 14-27567
                                             §
                                             §
Debtor(s)                                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 46.38 |
| leaving a balance on hand of [1] | $ | 4,953.62 |
| **Balance on hand:** | $ | 4,953.62 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 4,953.62 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,250.00 | 0.00 | 1,250.00 |
| Trustee, Expenses - RICHARD M. FOGEL | 7.92 | 0.00 | 7.92 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 1,257.92 |
| Remaining balance: | $ | 3,695.70 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,695.70

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,695.70

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,720.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,220.09 | 0.00 | 1,079.41 |
| 2 -2 | Inverness on the Ponds Townhome Condominium Associ | 17,500.19 | 0.00 | 2,616.29 |

Total to be paid for timely general unsecured claims: $ 3,695.70
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-27567-TAB
Jennifer M Lussow                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: froman              Page 1 of 1           Date Rcvd: Apr 23, 2015
                         Form ID: pdf006           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2015.
```
db           +Jennifer M Lussow,    140 W. Wood Street, #432,   Palatine, IL 60067-5044
22210382     +Associated Mortgage,   301 N Broadway,   De Pere, WI 54115-2557
22210383    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.A.,    Bankruptcy Dept,   PO Box 5155,
                Norcross, GA 30091)
22210385    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank N.A.,   Attn: Centralized Bankruptcy,   PO Box 20363,
                Kansas City, MO 64195)
22210384     +Chase,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
22210387     +Inverness on the Ponds TCA,    Kovitz Shifrin Nesbit,   750 W. Lake Cook Road, Suite 350,
                Buffalo Grove, IL 60089-2086
22210388     +Nissan Motor Acceptance,   PO Box 660360,   Dallas, TX 75266-0360
22210389     +Pierce & Associates,   1 North Dearborn,   Chicago, IL 60602-4373
22210390     +Seterus Inc,   14523 S.W. Millikan Way St,   Beaverton, OR 97005-2352
22210391     +Village Bank & Trust,   3350 Bridge St N.W.,   Saint Francis, MN 55070-9732
22210392     +William J. Lussow, Jr.,   883 N. Sterling Road,   Inverness, IL 60067-4270
22210393     +William J. Lussow, Jr.,   883 N. Sterling Road,   Palatine, IL 60067-4270
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22210386      E-mail/PDF: mrdiscen@discover.com Apr 24 2015 01:52:46      Discover Financial Services LLC,
                PO Box 15316,   Wilmington, DE 19850
22684502      E-mail/PDF: mrdiscen@discover.com Apr 24 2015 01:52:46      Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
22704083     +E-mail/Text: ndaily@ksnlaw.com Apr 24 2015 01:41:28
                Inverness on the Ponds Townhome Condominium Associ,   c/o Kovitz Shifrin Nesbit,
                750 W. Lake Cook Rd., Suite 350,,   Buffalo Grove, IL 60089-2088
                                                                                             TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2015 at the address(es) listed below:
```
              Joel P Fonferko    on behalf of Creditor    Associated Bank ND-One@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    rfogel@shawfishman.com,   il72@ecfcbis.com
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com,   il72@ecfcbis.com
              Toni  Townsend    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               toni.townsend@pierceservices.com,   northerndistrict@atty-pierce.com
              William D Cherny    on behalf of Debtor Jennifer M Lussow bill@chernylaw.com
                                                                                             TOTAL: 6
```