**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LUSSOW, JENNIFER M § Case No. 14-27567
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

   Assets Abandoned: $337,223.95          Assets Exempt: $87,213.45
   *(without deducting any secured claims)*

   Total Distribution to Claimants: $3,695.70     Claims Discharged
                                                  Without Payment: $86,259.58

   Total Expenses of Administration: $1,304.30

   3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,228,053.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,304.30 | 1,304.30 | 1,304.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 81,490.46 | 24,720.28 | 24,720.28 | 3,695.70 |
| **TOTAL DISBURSEMENTS** | $1,309,543.46 | $26,024.58 | $26,024.58 | $5,000.00 |

    4) This case was originally filed under Chapter 7 on July 28, 2014. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/07/2015           By: /s/Richard M. Fogel
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Savings Account #xxxxxx1583 Village Bank & Trust | 1129-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Seterus Inc | 4110-000 | 464,178.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Mortgage | 4110-000 | 744,433.00 | N/A | N/A | 0.00 |
| NOTFILED | Nissan Motor Acceptance | 4110-000 | 19,442.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,228,053.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| RICHARD M. FOGEL | 2200-000 | N/A | 7.92 | 7.92 | 7.92 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Arthur B. Levine Company | 2300-000 | N/A | 16.38 | 16.38 | 16.38 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,304.30 | $1,304.30 | $1,304.30 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 6,455.00 | 7,220.09 | 7,220.09 | 1,079.41 |
| 2 -2 | Inverness on the Ponds Townhome Condominium Associ | 7100-000 | 9,800.46 | 17,500.19 | 17,500.19 | 2,616.29 |
| NOTFILED | Village Bank & Trust | 7100-000 | 13,282.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.A. Bankruptcy Dept | 7100-000 | 1,094.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank N.A. | 7100-000 | 45,215.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 5,644.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $81,490.46 | $24,720.28 | $24,720.28 | $3,695.70 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-27567  
**Case Name:** LUSSOW, JENNIFER M  

**Trustee:** (330720) Richard M. Fogel  
**Filed (f) or Converted (c):** 07/28/14 (f)  
**§341(a) Meeting Date:** 09/16/14  

**Period Ending:** 07/07/15  

**Claims Bar Date:** 02/25/15  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Single Family Home 132 Warkworth Lane, Inverness<br>Imported from original petition Doc# 1  (See Footnote) | 221,296.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account #xxxxxx1301 Village Bank & Trus<br>Imported from Amended Doc#: 19  (See Footnote) | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Savings Account #xxxxxx1583 Village Bank & Trust<br>Imported from Amended Doc#: 19  (See Footnote) | 9,200.00 | 7,200.00 | | 0.00 | FA |
| 4 | Checking Account #xxxxxx1118 Village Bank and Tr<br>Imported from Amended Doc#: 19  (See Footnote) | 3,872.38 | 3,872.38 | | 0.00 | FA |
| 5 | Checking Account #xxxxxx1301 Village Bank & Trus<br>Imported from Amended Doc#: 21 | 721.71 | 0.00 | | 0.00 | FA |
| 6 | Savings Account #xxxxxx1583 Village Bank & Trust<br>Imported from Amended Doc#: 21 | 9,229.93 | 7,244.05 | | 5,000.00 | FA |
| 7 | Checking Account #xxxxxx1118 Village Bank and Tr<br>Imported from Amended Doc#: 21 | 1,292.41 | 0.00 | | 0.00 | FA |
| 8 | Residential Lease - Security deposit<br>Imported from Amended Doc#: 21  (See Footnote) | 1,900.00 | 0.00 | | 0.00 | FA |
| 9 | Security deposit Paul Lurio<br>Imported from Amended Doc#: 21  (See Footnote) | 1,300.00 | 0.00 | | 0.00 | FA |
| 10 | Couch, 2 Queen size beds, Dressers, Kitchen tabl<br>Imported from Amended Doc#: 21  (See Footnote) | 1,000.00 | 100.00 | | 0.00 | FA |
| 11 | Necessary wearing apparel Location: 323 W. Wilso<br>Imported from Amended Doc#: 21 | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Costume jewelry Location: 323 W. Wilson St., Pal<br>Imported from Amended Doc#: 21  (See Footnote) | 500.00 | 100.00 | | 0.00 | FA |
| 13 | Fidelity 401(k)<br>Imported from Amended Doc#: 21 | 67,892.20 | 0.00 | | 0.00 | FA |
| 14 | Wells Fargo Bank Roth IRA Acct # xxxx-7626 55 Sh<br>Imported from Amended Doc#: 21 | 4,245.49 | 0.00 | | 0.00 | FA |
| 15 | Morgan Stanley Roth IRA Acct # xxx-xxxxx8-255 10<br>Imported from Amended Doc#: 21 | 2,800.76 | 0.00 | | 0.00 | FA |
| 16 | Child support arrearage | 1,375.00 | 0.00 | | 0.00 | FA |

Printed: 07/07/2015 07:12 AM     V.13.23

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-27567  
**Case Name:** LUSSOW, JENNIFER M

**Trustee:** (330720) Richard M. Fogel  
**Filed (f) or Converted (c):** 07/28/14 (f)  
**§341(a) Meeting Date:** 09/16/14  

**Period Ending:** 07/07/15

**Claims Bar Date:** 02/25/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Imported from Amended Doc#: 21 | | | | | |
| 17   JM Lussow & WJ Lussow Jr.Co-TTEE Trust Account #<br>Imported from Amended Doc#: 21  (See Footnote) | 2,503.00 | 2,503.00 | | 0.00 | FA |
| 18   Jennifer M. Lussow 2006 Trust U/T/A Dated Novemb<br>Imported from Amended Doc#: 21  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 19   2012 Nissan Rogue 25,000 miles Location: 323 W.<br>Imported from Amended Doc#: 21  (See Footnote) | 14,825.00 | 0.00 | | 0.00 | FA |
| 19   Assets   Totals (Excluding unknown values) | **$346,453.88** | **$21,019.43** | | **$5,000.00** | **$0.00** |

RE PROP# 1     No equity.  
RE PROP# 2     Amended by Asset #5  
RE PROP# 3     Amended by Asset #6  
RE PROP# 4     Amended by Asset #7  
RE PROP# 8     Subject to setoff  
RE PROP# 9     Subject to setoff  
RE PROP# 10    Inconsequential value  
RE PROP# 12    Inconsequential value  
RE PROP# 17    Subject to litigation/inconsequential value  
RE PROP# 18    Trust owns no assets  
RE PROP# 19    No equity  

**Major Activities Affecting Case Closing:**

TFR submitted for UST review on 03/03/15

**Initial Projected Date Of Final Report (TFR):**    June 30, 2015    **Current Projected Date Of Final Report (TFR):**    June 30, 2015

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 14-27567 | | **Trustee:** | Richard M. Fogel (330720) |
| --- | --- | --- | --- | --- |
| **Case Name:** | LUSSOW, JENNIFER M | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******6766 - Checking Account |
| **Taxpayer ID #:** | **-***2516 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 07/07/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/04/14 | {6} | JENNIFER M. LUSSOW | Remaining non-exempt funds | 1129-000 | 5,000.00 | | 5,000.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 02/11/15 | 101 | Arthur B. Levine Company | Surety bond premium #10BSBGR6291 | 2300-000 | | 16.38 | 4,963.62 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,953.62 |
| 05/20/15 | 102 | Discover Bank | 14.95% dividend on Claim # 1, Ref: XXXXXXXXXXXX3352 | 7100-000 | | 1,079.41 | 3,874.21 |
| 05/20/15 | 103 | Inverness on the Ponds Townhome Condominium Associ | 14.95% dividend on Claim # 2 -2, Ref: XXXX XX 1354 | 7100-000 | | 2,616.29 | 1,257.92 |
| 05/20/15 | 104 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,257.92 | 0.00 |
| | | | Dividend paid 100.00% 1,250.00 on $1,250.00; Claim# A; Filed: $1,250.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 7.92 on $7.92; Claim# B; Filed: $7.92 | 2200-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 5,000.00 | 5,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 5,000.00 | 5,000.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$5,000.00** | **$5,000.00** | |

Net Receipts : 5,000.00

Net Estate : $5,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6766** | 5,000.00 | 5,000.00 | 0.00 |
| | **$5,000.00** | **$5,000.00** | **$0.00** |

{} Asset reference(s)

Printed: 07/07/2015 07:12 AM V.13.23